UNITED STATES OF AMERICA,                          CASE NO.:

      Plaintiff,

  v.

,

      Defendant.

---

## CASE NUMBER :

## Consent of Defendant to Appear Before Magistrate Judge

---

    After full consultation with counsel I,                         voluntarily consent to go forward with my Change of Plea and/or Admit/Deny Hearing before the United States Magistrate Judge.

    I understand that the United States Magistrate Judge will administer the allocution pursuant to Rule 11, Fed. R. Crim. P., and make findings as follows:

    (A) whether Defendant (1) is competent to enter into a plea or make an admission to the petition; (2) knowingly and voluntarily wishes to enter a plea to the charge(s) or admit to the petition; (3) understands the charge(s) or petition; (4) whether there exists a factual basis for the charge(s) or petition; and a recommendation as follows:

    (B) whether the plea of guilty or admission to the petition should be accepted by the District Court.

    After full consultation with counsel, I have given counsel permission to sign Court documents on my behalf.

| | |
|---|---|
| | |
| Defendant's<br>signature and date | Counsel for Defendant's signature and<br>date |

| |
|---|
| |
| Assistant U.S. Attorney's signature<br>and date |